■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL THORNTON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered February 20, 1986.

Ordered that the judgment is affirmed *(see, People v Harris,* 61 NY2d 9; *People v Tinsley,* 35 NY2d 926; CPL 400.21). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.